# United States Bankruptcy Court
## Southern District of Florida

In re  **Esther Pena Fals** _____  Case No.  **22-17230-LMI** _____
Debtor(s)                                     Chapter  **7** _____

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| /s/ Esther Pena Fals | Date: | **September 16, 2022** |
|---|---|---|

**Esther Pena Fals**
Signature of Attorney or Debtor

SEQ 000722
| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / FWA 20179909 | 01/ | 25803366 | 1 of 1 |

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

# Earnings Statement



Period Starting: 09/07/2022
Period Ending: 09/13/2022
Pay Date: 09/16/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

**Esther Pena Fals**
PO Box 450133
Miami, FL 33245

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 31.00 | 449.50 | 13778.88 |
| Overtime | | | 0.00 | 171.00 |
| **Gross Pay** | | | **$449.50** | **$13,949.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -20.10 | 476.49 |
| Social Security | -27.87 | 864.89 |
| Medicare | -6.51 | 202.27 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Creditor 1 | -98.76 | 176.63 |

| **Net Pay** | **$296.26** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 31.00 | 968.50 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $449.50

©1998, 2006 ADP, Inc   All Rights Reserved

TEAR HERE

SEQ 000731

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / FWA 20179909 | 01/ | 25803010 | 1 of 1 |

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

# Earnings Statement

ADP

Period Starting: 08/31/2022
Period Ending: 09/06/2022
Pay Date: 09/09/2022

Taxable Filing Status: Single
Exemptions/Allowances:
　Federal:　Std W/H Table
　State:　0
　Local:　0
Social Security Number: XXX-XX-XXXX

Tax Override:
　Federal:　0.00 Addnl
　State:
　Local:

**Esther Pena Fals**
**PO Box 450133**
**Miami, FL 33245**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 24.00 | 348.00 | 13329.38 |
| Overtime | | | 0.00 | 171.00 |
| **Gross Pay** | | | **$348.00** | **$13,500.38** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9.90 | 456.39 |
| Social Security | -21.57 | 837.02 |
| Medicare | -5.05 | 195.76 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Creditor 1 | 0.00 | 77.87 |

| **Net Pay** | | **$311.48** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 937.50 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $348.00

©1998, 2006 ADP, Inc. All Rights Reserved

TFAR HFRF

SEQ 000626

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / FWA 20179909 | 01/ | 25802634 | 1 of 1 |

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

# Earnings Statement



Period Starting: 08/24/2022
Period Ending: 08/30/2022
Pay Date: 09/02/2022

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State:
  Local:

**Esther Pena Fals**
PO Box 450133
Miami, FL 33245

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 24.00 | 348.00 | 12981.38 |
| Overtime | | | 0.00 | 171.00 |
| **Gross Pay** | | | **$348.00** | **$13,152.38** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9.90 | 446.49 |
| Social Security | -21.58 | 815.45 |
| Medicare | -5.05 | 190.71 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Creditor 1 | 0.00 | 77.87 |

| **Net Pay** | | **$311.47** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 913.50 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $348.00

© 1998, 2006. ADP, Inc. All Rights Reserved.

◀ TEAR HERE

| Company Code | Loc/Dept | Number | Page | Earnings Statement |  |
|---|---|---|---|---|---|
| RA / FWA 20179909 | 01/ | 25801828 | 1 of 1 | | |

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

Period Starting: 08/10/2022
Period Ending: 08/16/2022
Pay Date: 08/19/2022

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal:   Std W/H Table
 State:   0
 Local:   0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal:   0.00 Addnl
 State:
 Local:

Esther Pena Fals
PO Box 450133
Miami, FL 33245

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 24.00 | 348.00 | 12285.38 |
| Overtime | | | 0.00 | 171.00 |
| Gross Pay | | | $348.00 | $12,456.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9.90 | 426.69 |
| Social Security | -21.58 | 772.30 |
| Medicare | -5.05 | 180.62 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Creditor 1 | 0.00 | 77.87 |

| | | |
|---|---|---|
| Net Pay | | $311.47 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 865.50 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $348.00

56-382/412

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

Payroll Check Number: 25801828
Pay Date: 08/19/2022

THIS IS NOT A CHECK

Pay to the order of: **Esther Pena Fals**
This amount: THREE HUNDRED ELEVEN AND 47/100

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$311.47

Wells Fargo Bank,
N.A.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / FWA 20179909 | 01/ | 2580136 | 1 of 1 |

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

**Earnings Statement** 

Period Starting: 08/03/2022
Period Ending: 08/09/2022
Pay Date: 08/12/2022

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Esther Pena
PO Box 450133
Miami, FL 33245

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 24.00 | 348.00 | 11937.38 |
| Overtime | | | 0.00 | 171.00 |
| Gross Pay | | | $348.00 | $12,108.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9.90 | 416.79 |
| Social Security | -21.58 | 750.72 |
| Medicare | -5.04 | 175.57 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Creditor 1 | 0.00 | 77.87 |

| Net Pay | | $311.48 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 841.50 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $348.00

---

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

56-382/412

Payroll Check Number: 25801362
Pay Date: 08/12/2022

Pay to the order of: **Esther Pena**
This amount: THREE HUNDRED ELEVEN AND 48/100

THIS IS NOT A CHECK

VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

$311.48

Wells Fargo Bank,
N.A.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RA / FWA 20179909 | 01/ | 25800917 | 1 of 1 |

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

**Earnings Statement** 

Period Starting: 07/27/2022
Period Ending: 08/02/2022
Pay Date: 08/05/2022

Taxable Filing Status: Single
Exemptions/Allowances:
 Federal: Std W/H Table
 State: 0
 Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
 Federal: 0.00 Addnl
 State:
 Local:

Esther Pena
PO Box 450133
Miami, FL 33245

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 24.00 | 348.00 | 11589.38 |
| Overtime | | | 0.00 | 171.00 |
| Gross Pay | | | $348.00 | $11,760.38 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 24.00 | 817.50 |

**Important Notes**
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -9.90 | 406.89 |
| Social Security | -21.57 | 729.14 |
| Medicare | -5.05 | 170.53 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Creditor 1 | 0.00 | 77.87 |

| Net Pay | | $311.48 |

Your federal taxable wages this period are $348.00

56-382/412

UNIVERSITY CAR CARE CENTER INC
1492 S DIXIE HWY
CORAL GABLES, FL 33146

Payroll Check Number: 25800917
Pay Date: 08/05/2022

Pay to the order of: Esther Pena

This amount: THREE HUNDRED ELEVEN AND 48/100

$311.48

THIS IS NOT A CHECK
VOID - NON NEGOTIABLE    VOID - NON NEGOTIABLE

Wells Fargo Bank,
N.A.